**FILED**

September 6, 2007

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MARIO GONZALEZ GONZALEZ, )<br>)<br>Defendant. ) | Case No. 2:07MJ00280-GGH<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _MARIO GONZALEZ GONZALEZ_ , Case No. _2:07MJ00280-GGH_ , Charge _21USC § 841(a)(1)_ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $___

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        _✔_ (Other)   _Pretrial conditions as stated on the record._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _September 6, 2007_ at _2:00 pm_ .

                By   /s/ Gregory G. Hollows
                    Gregory G. Hollows
                    United States Magistrate Judge

Copy 5 - Court